Submitted on record and briefs June 27, rules held valid July 23, 1997

DOUGLAS L. HADSELL,
*Petitioner,*

*v.*

DEPARTMENT OF CORRECTIONS,
*Respondent.*

(CA A86175)

942 P2d 905

Douglas L. Hadsell filed the brief *pro se.*

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Christine Chute, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

Pursuant to ORS 183.400(1), petitioner challenges the validity of the Department of Corrections rules, OAR 291, division 104, as inconsistent with ORS 138.135(1). Petitioner's arguments do not provide a basis for invalidating the rules. For that reason, we hold them valid in this case.

Rules held valid.